AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
AUG 3 1 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW WETZEL<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>) 20-mj-3108<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 28-29, 2020** in the county of **Sangamon** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2422(b) | Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

s/Anthony Wright
_____
*Complainant's signature*

Special Agent Anthony Wright, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/30/2020

s/Tom Schanzle-Haskins
_____
*Judge's signature*

City and state: Springfield, Illinois

U.S. Magistrate Judge Thomas Schanzle-Haskins
*Printed name and title*

## AFFIDAVIT

I, Anthony Wright, Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May 12, 2019. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 1591, 2251, 2252A, and 2422 which criminalize, among other things, the production, advertisement, possession, receipt, transportation of child pornography, individuals attempting to persuade, induce, and entice minors to engage in sexual activity, and underage prostitution. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. I have been involved in multiple search warrants, and arrests. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2. I am an investigative and law enforcement officer of the United States, who is empowered by law to conduct investigations of and to make arrests for the offense(s) enumerated in the production, distribution, and possession of child pornography, Title 18 of the United States Code (U.S.C.), as amended. As an FBI Special Agent, I am authorized to execute warrants issued under the authority of the United States.

3. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to establish probable cause in support of a Criminal Complaint and does not set forth all of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Matthew Wetzel committed a violation of Title 18, United States Code, Section 2422(b).

## RELEVANT STATUTES

4. This investigation concerns alleged violations of the following statutes:

   a. **Enticement of a Minor (18 U.S.C. § 2422(b)):** prohibits a person from using the mail or any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense. It is also a crime to attempt to commit this offense.

## INVESTIGATION

5. On August 28, 2020, Special Agents of the FBI, acting in authorized undercover capacity, were operating a profile on a popular online dating/chatting application. The profile being operated was named Clay and it displayed an age of eighteen (18) years old.

6. On August 28, 2020, a subject profile with the name of Matti initiated a message conversation with the FBI Online Covert Employee (OCE) profile. The subject profile showed a picture of a male with a with a blue shirt. The OCE responded to the message, and a short time later, this excerpt of conversation occurred:

   **OCE: What are u looking at**

> SUBJECT: Mostly to give head
> SUBJECT: Maybe Top
> OCE: Sounds fun. Lol. Wish I wasn't so tired
> SUBJECT: I get that stud. Hit me up tomorrow

7. The next day on 8/28/2020, The OCE gave the subject a covert phone number to begin corresponding with the subject by text message. On 8/28/2020 at 7:32PM the subject messaged the OCE stating "How's to going. This is matti" and the following excerpt of conversation occurred:

> OCE: how old are u?
> SUBJECT: 35 as of April. You?
> OCE: I'm afraid to say...lol. I'm young
> OCE: I am almost 16...
> SUBJECT: I iL the age of consent is 17 except for teachers and cops
> SUBJECT: almost?

8. The conversation continued with both casual and sexual discussion. Soon after, the subject again brought up the topic of meeting. The OCE responded in the affirmative, and conversation ensued regarding planning a meet up time and location. A meeting was set to meet at the subject house and the subject would send an Uber to pick up the minor to take to his house. The subject house was located at 804 W Edwards, 62704. The subject agreed to meet the minor profile on August 28, 2020, at the subject's residence for a sexual encounter. the following excerpt occurred:

> OCE: Ya ill be 16 in December
> SUBJECT: Well WE can chat, I'm always happy to be a guiding dom
> SUBJECT: the rule you need to obey is no x rated pics
> OCE: thanks for being sweet but I'm kinda looking for more than chatting
> SUBJECT: What ya looking for?
> OCE: Some fun. Lol
> SUBJECT: You can come over and we'll chat

OCE: Well I cant drive silly. Lol
SUBJECT: Well Damn I'm
SUBJECT: I can order an Uber
OCE: I don't know if I fell comfortable with that. Lol. I'm afraid my grandma may see that my phone location is not here
SUBJECT: Well then stud. What would you like to happen
OCE: I mean I prob shouldn't leave here tbh
SUBJECT: It's up to you. I'm down to see what happenes but I also want to respect your limits
OCE: I'm def down but I just wanna know what I'm in for. Lol
I'm down, like I said I just wanna know what is going to happen. I wanna be prepared. Lol
SUBJECT: Hmmmmm I don't feel putting it in text but we can discuss in person
OCE: (Sends picture of chats from the application where the subject stated he wanted to mostly to give head, maybe on top)
OCE: So this is what u said last night...lol
SUBJECT: We could make that happen
OCE: Awesome. I just want to be prepared. Lol
SUBJECT: You don't have to clean out if that's the question
SUBJECT: So what are we gonna make happen
OCE: You just said head right?
SUBJECT: We can do that
OCE: Awesome. No anal though right? Lol
SUBJECT: We can put that on hold or use verbal clarance
OCE: Okay perfect. Lol
SUBJECT: I have to be free by 8:30 so now or much later this week
OCE: Ok I'm free now
SUBJECT: I guess I'm a bit nervous now
OCE: Why
SUBJECT: The under 17 thing
OCE: Oh.. I wont tell anyone if u don't. Lol
SUBJECT: 804 W Edwards, 62704. What's your eta?
OCE: I cant drive yet.. lol. You said unwere coming g here
OCE U were*
SUBJECT: I can what's the address
SUBJECT: I can order an uber and host. I can't drive right now
SUBJECT: Out of my comfort zone. I like to host

OCE: I'm 15 I just don't know about traveling around an unfamiliar city in an uber... lol
OCE: Ok ok send me an uber I'll come
SUBJECT: Are you sure you're ok with that? I'm kinda nervous now?
SUBJECT: Car is ordered
SUBJECT: You need a mask to ride
SUBJECT: Blue hyandai sonata
OCE: Are u gonna meet me outside?
SUBJECT: When you get to my pace I'll be outside
OCE: Ok. Can u send me a face pic so I know who I'm meeting. Lol
SUBJECT: Didn't we send a few? (Sends photo of his face and upper body. He was wearing a orange shirt.)
OCE: Ok thx.
SUBJECT: Yeah I don't know if I'm comfortable with this
SUBJECT: We can just chat when you get here if the vibe isn't right
SUBJECT: Ok blue Hyandi with the plate ar41119
OCE Ok is it here?
SUBJECT: Yes
SUBJECT: Let me know when you get in
SUBJECT: Sounds good. WE can hang out and chat for a bit
SUBJECT: Getting close?
OCE: Ya I think so
SUBJECT: My housemate is chilling outside so don't get nervous
OCE: Ok are u gonna come out? That's gonna be awkward. Lol
SUBJECT: I'm here
OCE: I'm here

9. Based on my training and experience, I understood this conversation to mean the subject was speaking of oral sex with the minor. Also, the subject stated they could to "chat when you get here if the vibe isn't right". Based on my training and experience, I understood this conversation to mean the subject was offering to talk, but if the connection between the minor and subject was right, then they would have the sexual contact mentioned prior.

10. In total, the conversations via the dating application and text message took place between August 27 and August 28, 2020. While there were many times where conversation was casual and cordial, there were numerous instances where the conversation was sexually explicit in nature, as was detailed above. Additionally, the subject repeatedly made comments to the effect of oral sex with the minor.

11. FBI personnel used law enforcement investigative tools and databases to identify the subject as: Matthew Wetzel, Date of birth 04/08/1985, address 804 W Edwards Street, Springfield, Illinois 62704.

12. Agents obtained a driver license photo on file with the State of Illinois, and this photo was consistent with photos that the subject had posted on the dating application, as well as sent via text message.

13. On August 28, 2020, the FBI, with assistance from the Department of Homeland Security, Sangamon County Sheriff's Office, Springfield Police Department and Illinois State Police, conducted an operation in which the subject, Matthew Wetzel, believed he would be meeting a fifteen year old boy at his residence at 804 W Edwards Street, Springfield, Illinois 62704, and thereafter would engage in a sexual encounter with the minor. The OCE maintained text message contact with Matthew Wetzel during this time period and surveillance personnel observed Wetzel, walk out of his house when he told the OCE that he was outside.

14. At that time, law enforcement made contact with the subject and took him into custody. The subject's appearance was consistent with both the driver's license photo obtained by law enforcement, as well as the photos the subject had posted on the dating

application as well as sent via text message. The subject was interviewed at the target residence before being transported to Sangamon County Jail for holding until their initial appearance.

15. During an interview, Wetzel would not give agents his name or date of birth. After being read his Miranda Rights Wetzel would only respond with "Public Defender".

FURTHER AFFIANT SAYETH NAUGHT,

                                                  s/Anthony Wright

                                        Anthony Wright, Special Agent
                                        Federal Bureau of Investigation

Subscribed and sworn to before me this 30th August 2020

s/Tom Schanzle-Haskins

Thomas Schanzle-Haskins
United States Magistrate Judge