IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 20-cr-30055 |
| MATTHEW WETZEL, ) | |
| ) | |
| Defendant. ) | |

**JOINT POSITION AS TO VIDEO SENTENCING**

**NOW COMES** Defendant Matthew Wetzel, by and through his attorney, Daniel A. Noll, for the Joint Position as to Video Sentencing, states the following:

1. This matter is set for a sentencing on May 5, 2022 at 2:00 pm.

2. Defense Counsel has spoken to Mr. Wetzel who agrees to have his sentencing hearing conducted via videoconferencing.

3. AUSA Jacobs does not object.

**WHEREFORE,** the parties respectfully request this Honrable Court accept their position as to video sentencing and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,
**NOLL LAW OFFICE,**

BY:  /s/ Daniel A. Noll
DANIEL A. NOLL - #6302658
Attorney for Defendant
Noll Law Office, LLC
930 East Monroe Street
Springfield, IL  62701
Phone: (217) 544-8441
Fax: (217) 544-8775 (fax)
Email: noll@noll-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Tanner Jacobs
Assistant U.S. Attorney
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Matthew Wetzel
3205 E. Harrison
Decatur, IL 62526

/s Daniel A. Noll
DANIEL A. NOLL
Attorney for the Defendant
Reg. No. 6302658
Noll Law Office, LLC
930 East Monroe Street
Springfield, IL  62701
(217) 544-8441
(217) 544-8775 (fax)
Email: noll@noll-law.com

2